No. 98–1813.  BAKER ET AL. *v.* HADLEY ET AL.  C. A. 6th Cir. Certiorari denied.

No. 98–1820.  SPANGLER ET AL. *v.* ALTEC INTERNATIONAL LIMITED PARTNERSHIP ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 98–1823.  ACRI *v.* VANDERVEEN ET AL.  C. A. 9th Cir. Certiorari denied.

No. 98–1827.  HUNT *v.* HUNT.  Sup. Ct. N. H.  Certiorari denied.

No. 98–1829.  ORTHO BIOTECH, INC. *v.* MEDLOCK.  C. A. 10th Cir.  Certiorari denied.

No. 98–1831.  MONTALVO, PARENT AND GUARDIAN OF MONTALVO *v.* RADCLIFFE ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 98–1833.  DOHERTY, DBA THE MENLO CLUB *v.* WIRELESS BROADCASTING SYSTEMS OF SACRAMENTO, INC., DBA PACIFIC WEST CABLE TELEVISION.  C. A. 9th Cir.  Certiorari denied.

No. 98–1837.  DIETTRICH *v.* NORTHWEST AIRLINES, INC. C. A. 7th Cir.  Certiorari denied.

No. 98–1838.  COHEN ET AL. *v.* RECREATION AND PARK COMMISSION FOR THE PARISH OF EAST BATON ROUGE (BREC) ET AL. Ct. App. La., 1st Cir.  Certiorari denied.

No. 98–1842.  PATTERSON ET VIR *v.* PREMIER BANK.  C. A. 5th Cir.  Certiorari denied.

No. 98–1843.  GREEN *v.* TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98–1844.  SUDARSKY *v.* CITY OF NEW YORK ET AL.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 98–1846.  PFAU *v.* REED, DIRECTOR, DEFENSE CONTRACT AUDIT AGENCY.  C. A. 5th Cir.  Certiorari denied.